## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMY TOBIAS,** | ) </br> ) </br> ) |
| **Plaintiff,** | ) </br> ) |
| v. | ) </br> ) |
| **U.S. DEPARTMENT OF ENERGY,** </br> 1000 Independence Ave., SW </br> Washington, DC 20585 | ) </br> ) </br> ) </br> ) |
| **Defendant.** | ) |

## COMPLAINT

1. Plaintiff Jimmy Tobias brings this suit to force Defendant U.S. Department of Energy to produce records regarding the U.S. Department of Energy's intelligence analysis of COVID-19 and its origin.

### PARTIES

2. Plaintiff Jimmy Tobias is an independent journalist with *The Guardian* and *The Nation*, among other news outlets and is the FOIA requesters in this case.

3. Defendant U.S. Department of Energy (DOE) is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

### JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JUNE 5, 2023 FOIA REQUEST TO DOE (8-PERSON COHORT)

6. On June 5, 2023, Plaintiff submitted the following FOIA request to DOE for various records referencing the updated DOE assessment of the origin of COVID-19:

> Any and all records, including email communications, scientific papers and materials, underlying documentation, memos, briefings, etc, that are related or otherwise refer in any way to the updated DOE assessment of the origin of COVID-19 as described in the following Wall Street Journal article: https://www.wsj.com/articles/covid-origin-china-lab-leak-807b7b0a
>
> Among other things, the above request seeks records in the possession of the approximately 8 person cohort at DOE responsible for Covid-related intelligence analysis.

7. Plaintiff sought a fee waiver for and expedited processing of his request.

8. A true and correct copy of the original FOIA request, along with subsequent correspondence, is included in Exhibit 1.

9. On June 13, 2023, DOE acknowledged receipt of the FOIA request, granted the fee waiver, denied expedited processing, and assigned reference number HQ-2023-01093-F to the matter.

10. A true and correct copy of DOE's acknowledgement letter is attached as Exhibit 2.

11. On July 13, 2023 DOE informed Plaintiff that the search is in progress. Ex 1.

12. On August 16, 2023, DOE informed Plaintiff that search is still ongoing. *Id*.

13. On November 22, 2023, DOE informed Plaintiff that it is continuing to search for records. *Id*.

14. On January 22, 2024, DOE informed Plaintiff that the search is still ongoing. *Id*.

15. DOE did not send any further correspondence to Plaintiffs regarding this request.

16. As of the date of this filing, DOE has not issued a determination and has not produced any records.

### JUNE 15, 2023 FOIA REQUEST TO DOE (Z DIVISION REPORT)

17. On June 15, 2023, Plaintiff submitted the following FOIA request to DOE for various records for "[a] copy of the Z division report/study report referenced in the attached Congressional letter to DOE."

18. A true and correct copy of the original FOIA request is included in Exhibit 3.

19. On June 26, 2023, DOE acknowledged receipt of the FOIA request and assigned reference number 23-00227-KD to the matter.

20. A true and correct copy of DOE's acknowledgement letter is attached as Exhibit 4.

21. DOE did not send any further correspondence to Plaintiffs regarding this request.

22. As of the date of this filing, DOE has not issued a determination and has not produced any records.

### JUNE 19, 2023 FOIA REQUEST TO DOE (WUHAN INSTITUTE OF VIROLOGY)

23. On June 19, 2023, Plaintiff submitted the following FOIA request to DOE for various records regarding DOE COVID-related intelligence analysis referencing the Wuhan Institute of Virology and certain scientists affiliated with it:

> Any documents, emails, reports, text messages or other records sent, received, generated or otherwise in the possession of any member of the DOE team responsible for Covid-related intelligence analysis that reference the Wuhan Institute of Virology or any of the following scientists affiliated with WIV: Peter Daszak, Shi Zhengli, Ben Hu, Yu Ping, and/or Yan Zhu. In other words this request seeks records in the possession of the DOE Covid intelligence analysis team that reference or otherwise refer to WIV or to any of the WIV-affiliated individuals listed above.
>
> According to a document recently sent to me by the DOE FOIA office, and attached below, there are 8 individuals at DOE who are "directly involved in Covid-related intelligence analysis." Please search their emails and other files for the documents and records that I seek. Thank you.
>
> I seek records produced between January 2019 to the date this request is processed. I am resubmitting this request in light of the

statutorily-required declassification of information related to the origin of COVID-19, as per the Covid Origins Act of 2023. For more information related to the legal requirements of that declassification, please see the following information: https://www.hawley.senate.gov/hawley-covid-origins-bill-signed-law

24. A true and correct copy of the original FOIA request, along with subsequent correspondence, is attached as Exhibit 5.

25. On August 1, 2023, DOE informed Plaintiff that his request is under review. *Id*.

26. DOE did not assign a reference number to this request.

27. DOE did not send any further correspondence to Plaintiffs regarding this request.

28. As of the date of this filing, DOE has not issued a determination and has not produced any records.

### AUGUST 23, 2023 FOIA REQUEST TO DOE (YUSEN ZHOU)

29. On August 23, 2023, Plaintiff submitted the following FOIA request to DOE for various records referencing Yusen Zhou, a People's Liberation Arum-affiliated scientist and coronavirus researcher in China:

> Any documents, emails, reports, text messages or other records sent, received, generated or otherwise in the possession of any member of the DOE team responsible for Covid-related intelligence analysis that reference Yusen Zhou, otherwise known as Zhou Yusen, a PLA-affilliated [sic] scientist and coronavirus researcher in China. You can read more about him here: https://nypost.com/2021/06/04/chinese-scientist-filed-covid-vaccine-patent-after-contagion-emerged-report/
>
> According to a document recently sent to me by the DOE FOIA office, and attached below, there are 8 individuals at DOE who are "directly involved in Covid-related intelligence analysis." Please search their emails and other files for the documents and records that I seek. Thank you.

30. A true and correct copy of the original FOIA request, along with subsequent correspondence, is included in Exhibit 6.

31. On August 24, 2023, DOE acknowledged receipt of the FOIA request and assigned reference number HQ-2023-01500-F to the matter.

32. A true and correct copy of the acknowledgement letter is attached as Exhibit 7.

33. On August 29, 2023, DOE informed Plaintiff that a final response is coming.

34. A true and correct copy of the interim response letter is attached as Exhibit 8.

35. On September 28, 2023, DOE informed Plaintiff that it is still processing the request. Ex 6.

36. DOE did not send any further correspondence to Plaintiff regarding this request.

37. As of the date of this filing, DOE has not issued a determination and has not produced any records.

### SEPTEMBER 19, 2023 FOIA REQUEST TO DOE (DOE-IN 8)

38. On September 19, 2023, Plaintiff submitted the following FOIA request to DOE for various records referencing the eight DOE-IN individuals involved in COVID-related intelligence analysis:

> Any and all records, including email communications, scientific papers and materials, underlying documentation, memos, briefings, text messages, etc, that were generated or handled by the 8 individuals referred to into the attached document, all 8 of which are staff or leadership at DOE-IN and were "directly involved in COVID-related intelligence analysis." This requests only seeks materials related to COVID-19 intelligence analysis, it does not seek records that are unrelated to the origins of COVID-19. For your reference, the attached document was provided to me by DOE itself in a letter transmitted to me earlier this year. This request seeks records produced since January 1, 2020.

39. A true and correct copy of the original FOIA request, along with subsequent correspondence, is included in Exhibit 9.

40. On September 20, 2023, DOE acknowledged receipt of the FOIA request and assigned reference number HQ-2023-01820-F to the matter.

41. A true and correct copy of DOE's acknowledgement letter is attached as Exhibit 10.

42. On September 27, 2023, DOE informed Plaintiff that it will provide a response after it completes its search and review of the records.

43. A true and correct copy of DOE's correspondence is attached as Exhibit 11.

44. On November 27, 2023, DOE informed Plaintiff that the search is ongoing and that it expects to provide a response within one week.  Ex 9.

45. On January 29, 2024, DOE informed Plaintiff that the request is being processed by multiple offices and it did not have a definite timeline.  *Id*.

46. DOE did not send any further correspondence to Plaintiffs regarding this request.

47. As of the date of this filing, DOE has not issued a determination and has not produced any records.

### NOVEMBER 22, 2023 FOIA REQUEST TO DOE (AMY SIMS)

48. On November 22, 2023, Plaintiff submitted the following FOIA request to DOE for various records regarding Dr. Amy Sims referencing keywords related to the origin of COVID-19:

> Any and all written or electronic communication, including email attachments, sent or received by researcher Amy Sims at the Pacific Northwest National Laboratory that contain one or more of the following key words: "DEFUSE", "Baric", "EcoHealth", "Daszak", "WIV", "Wuhan", "Shi Zengli", "Morens", and/or "furin". This request also seeks any communication between Dr. Sims and Ralph Baric, a researcher at UNC. Please conduct the search using Dr. Sims' email address provided here" amy.sims@pnnl.gov This request seeks records produced between January 1, 2020 to the date this request is processed.

49. A true and correct copy of the original FOIA request, along with subsequent correspondence, is included in Exhibit 12.

50. On November 28, 2023, DOE acknowledged receipt of the FOIA request and assigned reference number HQ-2024-00490-F to the matter.

51. A true and correct copy of DOE's acknowledgement letter is attached as Exhibit 13.

52. On December 5, 2023, DOE sent a "final response" to Plaintiff.

53. A true and correct copy of DOE's correspondence is attached as Exhibit 14.

54. On December 5, 2023, Plaintiff sought clarification because the "final response" contained no information about the disposition of his request nor how DOE plans to fulfill it. Ex 12.

55. On December 5, 2023, DOE informed Plaintiff that the request "was transferred to the Oak Ridge Office." *Id*.

56. On January 5, 2024, DOE Office of Science Consolidated Service Center (OSCSC) Oak Ridge location acknowledged receipt of the request and informed Plaintiff that DOE Headquarters FOIA Office transferred the request because the Pacific Northwest Laboratory is under OSCSC Oak Ridge's jurisdiction. *Id*.

57. On January 18, 2024, DOE sought clarification regarding the records sought for this request and asked Plaintiff if he was interested in receiving Google alerts, email blasts, distribution list notices, and administrative emails. *Id*.

58. On January 18, 2024, Plaintiff informed DOE that he was not interested in receiving Google alerts and email blasts, but he did seek administrative emails responsive to the FOIA request. *Id*.

59. On February 1, 2024, DOE informed Plaintiff that the FOIA response "is going to take a while to review and determine releasability." *Id*.

60. DOE did not send any further correspondence to Plaintiffs regarding this request.

61. As of the date of this filing, DOE has not issued a determination and has not produced any records.

## COUNT I – DOE'S JUNE 5, 2023 FOIA VIOLATION

62. The above paragraphs are incorporated by reference.

63. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

64. Defendant DOE is a federal agency subject to FOIA.

65. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

66. Defendant DOE has failed to conduct a reasonable search for records responsive to the request.

67. Defendant DOE has failed to issue a complete determination within the statutory deadline.

68. Defendant DOE has failed to produce all non-exempt records responsive to the request.

## COUNT II – DOE'S JUNE 15, 2023 FOIA VIOLATION

69. The above paragraphs are incorporated by reference.

70. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

71. Defendant DOE is a federal agency subject to FOIA.

72. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

73. Defendant DOE has failed to conduct a reasonable search for records responsive to the request.

74. Defendant DOE has failed to issue a complete determination within the statutory deadline.

75. Defendant DOE has failed to produce all non-exempt records responsive to the request.

### COUNT III – DOE'S JUNE 19, 2023 FOIA VIOLATION

76. The above paragraphs are incorporated by reference.

77. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

78. Defendant DOE is a federal agency subject to FOIA.

79. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

80. Defendant DOE has failed to conduct a reasonable search for records responsive to the request.

81. Defendant DOE has failed to issue a complete determination within the statutory deadline.

82. Defendant DOE has failed to produce all non-exempt records responsive to the request.

### COUNT IV – DOE'S AUGUST 23, 2023 FOIA VIOLATION

83. The above paragraphs are incorporated by reference.

84. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

85. Defendant DOE is a federal agency subject to FOIA.

86. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

87. Defendant DOE has failed to conduct a reasonable search for records responsive to the request.

88. Defendant DOE has failed to issue a complete determination within the statutory deadline.

89. Defendant DOE has failed to produce all non-exempt records responsive to the request.

### COUNT V – DOE'S SEPTEMBER 19, 2023 FOIA VIOLATION

90. The above paragraphs are incorporated by reference.

91. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

92. Defendant DOE is a federal agency subject to FOIA.

93. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

94. Defendant DOE has failed to conduct a reasonable search for records responsive to the request.

95. Defendant DOE has failed to issue a complete determination within the statutory deadline.

96. Defendant DOE has failed to produce all non-exempt records responsive to the request.

### COUNT VI – DOE'S NOVEMBER 22, 2023 FOIA VIOLATION

97. The above paragraphs are incorporated by reference.

98. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

99. Defendant DOE is a federal agency subject to FOIA.

100. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

101. Defendant DOE has failed to conduct a reasonable search for records responsive to the request.

102. Defendant DOE has failed to issue a complete determination within the statutory deadline.

103. Defendant DOE has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

   i.   declare that Defendant has violated FOIA;

   ii.  order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

   iii. enjoin Defendant from withholding non-exempt public records under FOIA;

   iv.  award Plaintiffs attorneys' fees and costs; and

   v.   award such other relief the Court considers appropriate.

Dated: February 16, 2024

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
JIMMY TOBIAS,

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor

            Chicago, IL 60607
            312-243-5900
            foia@loevy.com